UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOEL PRICE,

    Plaintiff,

vs.

SPEEDWAY LLC,

    Defendant.

Case No. 6:17-cv-02184-PGB-KRS

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**[1]

I disclose the following pursuant to this Court's Interested Persons Order [D.E. 4]:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case.

Speedway LLC is not a publicly traded company. Speedway LLC has as its sole member MPC Investment LLC. The sole member of MPC Investment LLC is Marathon Petroleum Corporation, a publicly traded company (Stock Ticker MPC).

| Party and Party Type | Attorney(s) |
|---|---|
| Plaintiff Joel Price | Scott R. Dinin<br>LAW OFFICE OF SCOTT R. DININ, P.A.<br>4200 NW 7th Avenue<br>Miami, Florida 33127<br>Telephone: (786) 431-1333<br>inbox@dininlaw.com |

---

[1] Contemporaneously with its first filing in this case, Defendant Speedway LLC filed a Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1. [D.E. 8] Subsequently, upon reviewing the docket, undersigned counsel reviewed this Court's previously entered Interested Persons Order in Civil Cases [D.E. 4]. This Certificate of Interested Persons and Corporate Disclosure Statement is filed pursuant to that Order.

| **Party and Party Type** | **Attorney(s)** |
|---|---|
| Defendant Speedway LLC | Daniel B. Rogers<br>Alfred J. Saikali<br>Eric S. Boos<br>SHOOK, HARDY & BACON L.L.P.<br>201 S. Biscayne Blvd.<br>Miami, Florida 33131<br>Telephone: (305) 358-5171<br>drogers@shb.com<br>asaikali@shb.com<br>eboos@shb.com |

2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None of which I am aware of at this time.

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None of which I am aware of at this time.

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiff Joel Price claims to be a victim of allegedly wrongful civil conduct.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,

By: */s/ Daniel B. Rogers*
    DANIEL B. ROGERS
    Fla Bar No. 195634
    drogers@shb.com
    ALFRED J. SAIKALI
    Fla. Bar No. 178195
    asaikali@shb.com
    ERIC S. BOOS
    Fla. Bar No. 107673
    eboos@shb.com
    **SHOOK, HARDY & BACON L.L.P.**
    201 South Biscayne Boulevard, Suite 3200
    Miami, Florida 33131-4332
    T: (305) 358-5171 | F: (305) 358-7470

*Counsel for Defendant Speedway LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 18, 2018, a true and correct copy of the foregoing was filed with the Clerk of Court by using the CM/ECF system which will provide notice to all attorneys of record.

By: */s/ Daniel B. Rogers*
DANIEL B. ROGERS